IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES BRYANT** : | **CIVIL ACTION** |
| : | |
| **v.** : | |
| : | |
| **VINCENT MOONEY, THE ATTORNEY** : | |
| **GENERAL OF THE STATE OF** : | |
| **PENNSYLVANIA and TAHE DISTRICT** : | |
| **ATTORNEY OF PHILADELPHIA COUNTY** : | **NO. 14-6208** |

## ORDER

**NOW**, this 16th day of March, 2017, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the response to the petition, the Report and Recommendation filed by United States Magistrate Judge Marilyn Heffley (Document 13), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Marilyn Heffley is **APPROVED and ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED**; and,

3. There is no probable cause to issue a certificate of appealability.

/s/TIMOTHY J. SAVAGE
_____
TIMOTHY J. SAVAGE,   J.